UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**05-20739 CR-HIGHSMITH**/ McALILEY

Case No. _____

18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2253(a)

UNITED STATES OF AMERICA

vs.

**JOSEPH TOME,**

Defendant.

_____/

FILED by ___ D.C.
MAG. SEC.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

On or about September 5, 2001, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOSEPH TOME,**

did knowingly possess materials, that is, computer files stored on a computer hard drive, that contained images of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped, and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) (2001).

## FORFEITURE

1. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253(a).

2. Upon conviction of the offense alleged in this Indictment, the United States is entitled

to forfeiture of and the defendant, Joseph Tome, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any personal property used, or intended to be used to commit such violation and any property constituting or derived from any proceeds which the defendant obtained, directly or indirectly, as the result of such violation. Such forfeiture shall include, but is not limited to:

a) Dell Dimension Model T-600 computer bearing serial number 6HWTY;

b) NEC laptop computer, bearing serial number 3X000398;

c) twenty-two 5.25 inch floppy disks;

d) seventy-one 3.5 inch floppy disks; and

e) one Zip-100 disk,

all of which were seized at the defendant's residence located at 5050 N.W. 7th Street, Apt. 401, Miami, Florida, on September 5, 2001.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
JEFFREY E. MARCUS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20739 CR-HIGHSMITH / McALILEY

UNITED STATES OF AMERICA

vs.

JOSEPH TOME,

    Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| _X_ Miami | ___ Key West | New Defendant(s) | Yes ___ No ___ |
| ___ FTL | ___ WPB ___ FTP | Number of New Defendants ___ | |
| | | Total number of counts ___ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
   List language and/or dialect ___

4. This case will take _4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days     _X_          Petty    ___
   II   6 to 10 days    ___          Minor    ___
   III  11 to 20 days   ___          Misdem.  ___
   IV   21 to 60 days   ___          Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  _X_ Yes  ___ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No
   If yes, was it pending in the Central Region?  ___ Yes  ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?  ___ Yes  _X_ No

_____
JEFFREY E. MARCUS
ASSISTANT UNITED STATES ATTORNEY
Florida Court No. 0310890

*Penalty Sheet(s) attached

REV.1/14/04

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __JOSEPH TOME__

Case No **05-20739** CR-HIGHSMITH / McALILEY

Count: 1

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(5)(B)

**\* Max.Penalty**: 15 years' imprisonment

FILED by _____ D.C.
MAG. SEC.

2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

FORM DBD-34
March 04

05-20739-CR-HIGHSMITH / McALILEY

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____FLORIDA_____

## THE UNITED STATES OF AMERICA

vs.

JOSEPH TOME,

Defendant.

# INDICTMENT

18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2253(a)

A true bill.

_____
Foreman

FGJ 05-103(MIA)

Filed in open court this ___27___ day,
of ___Sept___ A.D. 2005

_____
Clerk

Bail, $ _____