AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Florida_____

UNITED STATES OF AMERICA

vs.

JOSEPH TOME,

     Defendant.

_____/

**WARRANT FOR ARREST**

05 - 20739

Case Number: _____

FILED _____ D.C.
MAG. SEC.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JOSEPH TOME_____
                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation  ☐ Supervised Release Violation  Violation Notice

charging him or her with    (brief description of offense)

possession of child pornography

in violation of _____18_____ United States Code, Section(s) __2252A(a)(5)(B)__

__Clarence Maddox_____
Name of Issuing Officer

_signature_____
Signature of Issuing Officer

Bail fixed at $ _____

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

__Miami, Florida__  09/27/05
Date and Location

by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: __ **JOSEPH TOME** _____

__ **$125,000 Corporate Surety Bond** _____
(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
**(CSB)** (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____

**JEFFREY E. MARCUS**
**ASSISTANT UNITED STATES ATTORNEY**

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): __ S/A PHIL ALHUSEN-FBI _____
**(FBI)** (SECRET SERVICE)  (DEA)  (IRS) (CUSTOMS)  (OTHER)